UNITED STATES MORTGAGE AND TRUST COMPANY, Respondent, *v.* EASTERN IRON COMPANY, Defendant, and H. WALTER LEE et al., Appellants.

*U. S. Mortgage & Trust Co.* v. *Eastern Iron Co.*, 120 App. Div. 679, affirmed.
(Argued May 12, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

July 5, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a trust mortgage given to secure an issue of bonds.

*Thomas Spratt, H. Walter Lee, Robert E. McLear* and *Arthur W. Orvis* for appellants.

*Alexander S. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.